# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BUILDING MATERIALS
CORPORATION OF AMERICA and
ROOFING SUPPLY GROUP
ORLANDO LLC,**

      **Plaintiffs,**

**v.**                                             **Case No: 6:15-cv-548-Orl-22GJK**

**HENKEL CORPORATION,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT HENKEL CORPORATION'S UNOPPOSED MOTION TO TAX COSTS PURSUANT TO BILL OF COSTS (Doc. No. 156)
>
> **FILED:** September 14, 2016
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On August 31, 2016, judgment was entered in favor of Defendant and against the Plaintiffs. Doc. No. 154. On September 14, 2016, Defendant timely file a Bill of Costs and the instant Unopposed Motion to Tax Costs (the "Motion"). Doc. Nos. 155-156. In the Motion, Defendant requests that the Court tax costs against Plaintiffs in the amount of $13,283.84, with post-judgment interest accruing at the legal rate pursuant 28 U.S.C. § 1961. Defendant has provided a detailed itemization of each cost requested and an affidavit averring that all costs were necessarily incurred

for use in this case.   Doc. Nos. 155; 155-1 through 155-6; 156 at 1-11.   Defendant argues that all costs requested are recoverable under 28 U.S.C. § 1920.   In the Motion, Defendant represents that Plaintiffs do not object to the costs requested.   Doc. No. 156 at 11.   Accordingly, the Motion is unopposed.

Based on the foregoing, it is **RECOMMENDED** that:

1. The Motion (Doc. No. 156) be **GRANTED**; and

2. The Court enter a separate judgment for costs against the Plaintiffs and in favor of the Defendant in the amount of $13,283.84.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 27, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy