# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BUILDING MATERIALS
CORPORATION OF AMERICA and
ROOFING SUPPLY GROUP
ORLANDO LLC,**

                **Plaintiffs,**

**v.**                                       **Case No:   6:15-cv-548-Orl-22GJK**

**HENKEL CORPORATION,**

                **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant Henkel Corporation's Unopposed Motion to Tax Costs pursuant to Bill of Costs (Doc. No. 156) filed on September 14, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 27, 2016 (Doc. No. 160), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Defendant Henkel Corporation's Unopposed Motion to Tax Costs pursuant to Bill of Costs is hereby GRANTED.

3.      The Clerk is directed to tax costs in the amount of $13,283.84 (Doc. No. 155).

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record